**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 83 WAL 2019

                Respondent   :

                             :   Petition for Allowance of Appeal from

                             :   the Order of the Superior Court

           v.   :

                             :

RASHAWN DONTE AUSTIN,   :

                Petitioner   :


## **ORDER**


**PER CURIAM**

     **AND NOW**, this 31st day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.